# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| WILLIAM T. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-01176-AKK-NAD |
| ) | |
| CORIZON, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Consistent with the accompanying memorandum opinion and with Rule 58 of the Federal Rules of Civil Procedure, the court **ORDERS** that Defendants' motions for summary judgment (Doc. 59; Doc. 60; Doc. 61; Doc. 69; Doc. 70; Doc. 78) are **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

Costs are taxed to the plaintiff.

For information regarding the cost of appeal, see the attached notice.

**DONE** the 29th day of August, 2022

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

<div style="text-align: center;">

**United States Court of Appeals**
**Eleventh Circuit**
**56 Forsyth Street, N.W.**
**Atlanta, Georgia 30303**

</div>

David J. Smith                                                                                                  In Replying Give Number
Clerk of Court                                                                                                  of Case and Names of Parties

<div style="text-align: center;">

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

</div>

The Prison Litigation Reform Act of 1995 **REQUIRES** that <u>all</u> prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1)   Pay the total $505.00 fee to the clerk of the district court from which this case arose; *or*

(2)   arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

<div style="margin-left: 50%;">

David J. Smith
Clerk

</div>

<div style="text-align: right;">

PLRA Notice

</div>