United States District Court
Northern District Of Alabama
Middle Division

FILED
2024 JAN -4 A 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

William Teddy Walker,
Plaintiff,

Vs.            Case No# 4:20-CV-1176-CLM-NAD

Corizon LLC,
Et al., Defendants

### Petition for Mandamus to Compel Discovery

The petition of William Teddy Walker respectfully alleges as follows, to wit:

1. That on July 24, 2023, Judge Corey L. Maze, U.S. District Judge, directed the Clerk to serve Mr. Walker (1) a copy of the order, (2) a copy of the docket sheet, and (3) two § 1983 prisoner complaint forms;

2. The refusal of the Clerk to follow the Court's order as set forth in the order denied your Plaintiff the right to access of the court and due process of law under the First and Fourteenth Amendments of the U.S. Constitution, as well as those rights guaranteed Plaintiff by the Constitution of the State of Alabama;

3. That the granting of such order by this Court would prevent a manifest failure of justice and the refusal of the Clerk to fully comply with the Court's order of July 24, 2023 would lead to an inequitable result because of the element of surprise upon the trial of your Plaintiff as a civil action party;

1

Wherefore, your Plaintiff prays that a peremptory writ of mandamus may issue out of, and under the seal of, this Court requiring and directing the Clerk of Court to serve on Walker (1) two § 1983 complaint forms, as is more fully set forth in Exhibit A annexed hereto and for such other judgment or order in the premises as may be proper.

And as in duty bound your Plaintiff will ever pray.

Respectfully submitted,

_____  _____
William T. Walker - Plaintiff – pro se                                1-2-2024
                                                                                        Date

### Certificate of Service

I hereby certify that on this __2__ day of __January__, 20__24__ I served a copy of the foregoing (Petition for Writ of Mandamus) on the Defendant's counsel, by placing a copy of the same in the U.S. mail, postage prepaid and addressed as follows:

Michael T. Scivley – Phillip G. Piggot
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
Birmingham, Al. 35209

cc.
William Teddy Walker
AIS# 308169

Case: 4:20-cv-01176-CLM-NAD   Document #: 125-1 of 2   Date Filed: 07/24/2023   Page 1

FILED
2023 Jul-24 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Exhibit "A"*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| WILLIAM T. WALKER,<br>Plaintiff,<br><br>v.<br><br>CORIZON, LLC, et al.,<br>Defendants. | Case No. 4:20-cv-1176-CLM-NAD |

## ORDER

Plaintiff William T. Walker has filed a request for a docket sheet and "Transcripts of All Hearings Held in this Case." (Doc. 123). Walker also again moves for relief from judgment under Fed. R. Civ. P. 60(b), claiming the court held a hearing on August 29, 2022, before Magistrate Judge Danella and raising other arguments previously addressed by this court. (Doc. 124).

These motions are duplicative of Walker's previous filings. Specifically, Walker's request for a copy of a hearing transcript (doc. 123) seeks the same documents as his discovery motion filed on June 5, 2023 (doc. 112 at 3–4). The record in this case reflects that on August 29, 2022, the district judge then assigned this case entered a memorandum opinion and final judgment. (Docs. 95, 96). No evidence of a hearing being held that date—or at any other time— appears in the record. Because Walker seeks documents that do not exist, the court **DENIES** his request for a hearing transcript (doc. 123).

Walker's current motion for relief from judgment (doc. 124) under Fed. R. Civ. P. 60(b) is at least his third. (*See* docs. 97, 119). And each of the grounds raised by Walker have been addressed by this court. (*See* docs. 106, 122). So the court **DENIES** Walker's current motion (doc. 124) as duplicative and for the reasons set forth in the court's prior orders.

Walker may not continue to file duplicative motions in this closed case. To the extent that Walker believes that he is no longer receiving appropriate

care for his kidney disease, or that he has new claims arising from his incarceration, he should file a new civil rights action.

The court **DIRECTS** the Clerk of Court to serve on Walker (1) a copy of this order, (2) a copy of the docket sheet, and (3) two § 1983 prisoner complaint forms. The court also **DIRECTS** the Clerk to serve a copy of this order on counsel for defendants.

**Done** and **Ordered** on July 24, 2023.

_Corey L. Maze_
COREY L. MAZE
UNITED STATES DISTRICT JUDGE



BIRMINGHAM AL 350
2 JAN 2024 PM 6 L

United States District Court
Northern District of Alabama
Office of Clerk
Room 140 1729 5th Avenue North
Birmingham Alabama 35203

William T. Walker
AIS #308169
1000 St. Clair Road
Springville, Al. 35146

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."